**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL 2924<br>20-MDL-2924<br><br>**JUDGE ROBIN L ROSENBERG**<br>**MAGISTRATE JUDGE BRUCE REINHART** |
| _____/ | |
| **THIS DOCUMENT RELATES TO:**<br><u>Dorothy Stancil</u> | **JURY TRIAL DEMANDED** |

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short-Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Amended Master Personal Injury Complaint ("AMPIC") in *In re: Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Amended Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I.  PARTIES, JURISDICTION, AND VENUE

**A.  PLAINTIFF(S)**

1. Plaintiff(s) Dorothy Stancil ("Plaintiff(s)") brings this action:

    [✓]  On behalf of herself

    [ ]  In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name) _____.

2. Injured Party is currently a resident and citizen of Horry County, South Carolina and

claims damages as set forth below.

B. **DEFENDANT(S)**

3. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

    a. **Brand Manufacturers:** unknown at this time

    b. **Generic Manufacturers:** Amneal Pharmaceuticals LLC; others unknown at this time

    c. **Distributors:** unknown at this time

    d. **Retailers:** Express Scripts Inc.; others unknown at this time

    e. **Repackagers:** unknown at this time

    f. **Others Not Named in the AMPIC:** unknown at this time

C. **JURISDICTION AND VENUE**

4. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]: District of South Carolina.

5. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

6. The Injured Party used Zantac and/or generic ranitidine:

    ☐ By prescription
    ☑ Over the counter

7. The Injured Party used Zantac and/or generic ranitidine from approximately 2003 to 2013.

### III. PHYSICAL INJURY

8. As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific type of cancer:

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
|  | BLADDER CANCER |  |
|  | BRAIN CANCER |  |
| ✓ | BREAST CANCER | January 2020 |
|  | COLORECTAL CANCER |  |
|  | ESOPHAGEAL/THROAT/NASAL CANCER |  |
|  | INTESTINAL CANCER |  |
|  | KIDNEY CANCER |  |
|  | LIVER CANCER |  |
|  | LUNG CANCER |  |
|  | OVARIAN CANCER |  |
|  | PANCREATIC CANCER |  |
|  | PROSTATE CANCER |  |
|  | STOMACH CANCER |  |
|  | TESTICULAR CANCER |  |
| ✓ | THYROID CANCER | January 2020 |
|  | UTERINE CANCER |  |
|  | OTHER CANCER: NON-HODGKINS LYMPHOMA |  |
|  | DEATH (CAUSED BY CANCER) |  |

9. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV. CAUSES OF ACTION ASSERTED

10. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if applicable | Count | Cause of Action |
|---|---|---|
| ✓ | I | STRICT PRODUCTS LIABILITY - FAILURE TO WARN |
| ✓ | II | STRICT PRODUCTS LIABILITY - DESIGN DEFECT |
| ✓ | III | STRICT PRODUCTS LIABILITY - MANUFACTURING DEFECT |
| ✓ | IV | NEGLIGENCE - FAILURE TO WARN |
| ✓ | V | NEGLIGENT PRODUCT DESIGN |
| ✓ | VI | NEGLIGENT MANUFACTURING |
| ✓ | VII | GENERAL NEGLIGENCE |
| ✓ | VIII | NEGLIGENT MISREPRESENTATION |
| ✓ | IX | BREACH OF EXPRESS WARRANTIES |
| ✓ | X | BREACH OF IMPLIED WARRANTIES |
| ✓ | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute: |
| ✓ | XII | UNJUST ENRICHMENT |
|  | XIII | LOSS OF CONSORTIUM |
|  | XIV | SURVIVAL ACTION |
|  | XV | WRONGFUL DEATH |
|  | XVI | OTHER: |
|  | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

_____
_____
_____

## V.    JURY DEMAND

11.   Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.    PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgement against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Respectfully Submitted,

**ANASTOPOULO LAW FIRM, LLC**

BY    /s/ ***Blake G. Abbott***
      Blake G. Abbott, Esquire
      Fed ID: 13554
      Roy T. Willey, IV, Esquire
      Fed ID: 11664
      Eric M. Poulin, Esquire
      Fed ID: 11251
      Anastopoulo Law Firm, LLC
      32 Ann Street
      Charleston, SC 29403
      (843) 614-8888

**COUNSEL FOR PLAINTIFF(S)**

October 25, 2021